"A"

```
ACRO369    ALABAMA   JUDICIAL   INFORMATION   CENTER
                    CASE ACTION SUMMARY
                       CONTINUATION              CASE: DC 2005 000947.00
                                                 JUDGE ID:  GHT

STATE OF ALABAMA                    VS    HARRIS TIMMY T.

DATE              ACTION, JUDGMENTS, CASE NOTES
```

| Date | Action |
|---|---|
| 10/26/2005 | Preliminary hearing rescheduled for November 30, 2005, at 1:30 p.m. |
| OCT 28 2005 | cy: DA/Garner  — District Judge |
| Nov. 8, 2005 | RECEIVED MOTIONS FROM DEF. ALL PENDING MOTIONS SET FOR HEARING ON NOV. 30, 2005, @ 1:30 PM. COPIES OF DEF. MOTIONS TO ATTNY. STAN GARNER. |
| NOV - 9 2005 | DISTRICT JUDGE |
| Nov. 30, 2005 | ALL PENDING MOTIONS DENIED. PREVIOUS DISCOVERY ORDER RENEWED TO INCLUDE DEF. CRIMINAL HISTORY. CASE BOUND OVER TO GRAND JURY. |
| DEC 2 - 2005 | cy: DA/Garner/Def — DISTRICT JUDGE |
| 12/12/05 | Case no longer in District Court. Argument denied. Bound over to Grand Jury. cy: Def. |
| DEC 13 2005 | |

This is our stamp showing the day the file returned from the Judge to our office with the order of Nov 30, 2005.

We stamp all files when they are brought in to our office.

Exhibit "A"

DALE COUNTY CIRCUIT CLERK
P.O BOX 1350
OZARK, ALABAMA 36361
TELEPHONE: 334-774-5003