"B"







Exhibit "B"