"C"

Dear Court Clerk,

I was Issued a order of New Discovery only to Include a "Rap Sheet" by Late Honorable Judge Traywick Stan Garner Jr is a Advisory Counsel and technically he is No Longer connected my case Please forward my copy of the said "Rap Sheet" This is my information and I want a copy of it rebuttal purposes.

Timmy Harris Pro Se Litigant

cy: DA/Def



FILED
DALE COUNTY, AL
DEC - 9 2005
MARY BLUDSWORTH
CIRCUIT CLERK

12/9/2005

We do not have the Discovery information in this office.
Check with the District Attorney.

DALE COUNTY CIRCUIT CLERK
P.O. BOX 1350
OZARK, ALABAMA 36361
TELEPHONE: 334-774-5003

Exhibit "C"