

# OFFICE OF DISTRICT ATTORNEY
### 33ʳᴰ JUDICIAL CIRCUIT
### DALE AND GENEVA COUNTIES
### KIRKE ADAMS, DISTRICT ATTORNEY

POST OFFICE BOX 247
GENEVA, ALABAMA 36340

POST OFFICE BOX 1688
OZARK, ALABAMA 36361

TELEPHONE
GENEVA COUNTY
(334) 684-3697

DALE COUNTY
(334) 774-9500

December 21, 2005

Tim T. Harris
Post Office Box 279
Ozark, Alabama 36361

Re: Requested Material

Mr. Harris:

The discovery material that you are requesting has been given to your attorney per the court order. Our office legally cannot release information to a civilian. Please request the information from your attorney.

Sincerely,

Ashley Helms
Records

"Exhibit D"