"E"

STATE OF ALABAMA )
VS.
Timmy T. Harris

IN THE DISTRICT COURT OF
DALE COUNTY, ALABAMA
CRIMINAL DIVISION
CASE NUMBER # DC-2005-947

### Motion to Terminate Court Appointed Advisory Counsel

Comes Now The Defendant Pro'se Timmy Harris and ask that Honorable Stan Garner Jr. be terminated as Court Appointed Counsel/Advisor based on the following

(1). The Defendant has filed a Alabama Bar complaint concerning Honorable Stan Garner's representation in an Advisory capacity an therefore cites a "conflict of Interest."

Respectfully Submitted on this the __12__ day of December 2005

FILED
DALE COUNTY, AL
DEC 15 2005
MARY BLUDSWORTH
CIRCUIT CLERK

### Certificate of Service

I hereby certify that All Parties in this case have been served via Legal Handmail Dale County Circuit Clerks Office This the __14__ day of December 2005

Timmy Harris

"Exhibit E"

cy: Garner
Def
12/19/05 - Motion to terminate
Counsel denied - GM     DEC 19 2005