"F"

# IN THE DISTRICT COURT OF DALE COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA, Plaintiff, | * * * |
| vs. | * *   CASE NO. DC-05-947 |
| TIMMY T. HARRIS, Defendant. | *   DC-05-948 * * |

## ORDER

Attorney W. Stanley Garner's motion to withdraw having been filed and duly considered the Court is of the opinion that the same should be granted.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Honorable W. Stanley Garner, Jr. is hereby allowed to withdraw.

DONE AND ORDERED this the 22nd day of December, 2005.

FILED
DALE COUNTY, AL
DEC 2 7 2005
MARY BLUDSWORTH
CIRCUIT CLERK

_____
Judge

Exhibit "F"

cy: Garner/Def