IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Timmy T. Harris
(Plaintiff)

v.

Civil Action No 1:06-CV-11-F

W. Stanley Garner Jr. Defendant

### Plaintiff's Request For Extension of Time

Comes Now Timmy Terrell Harris Prose Plaintiff in the Above Civil Action No 1:06-CV-11-F and respectfully request an extension of Time to Prepare his objection to the Magistrate Judge's Recommendation.

_____
Pro Se

### Certificate of Service

I hereby Certify that the foregoing is true and correct and has been filed with the Court Clerk via US Mail also the same has been sent to the Defendant via US Mail.

On this the 14th day of January 2006.

Defendant
W. Stanley Garner Jr
P.o. Box 67
Ozark, Alabama
36361