IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| TIMMY T. HARRIS | * | |
| Plaintiff, | * | |
| v. | * | 1:06-CV-11-MEF |
| W. STANLEY GARNER, JR. | * | |
| Defendant. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 5) is GRANTED; and

2. Plaintiff is GRANTED an extension from January 25, 2006 to February 6, 2006 to file objections to the Recommendation of the Magistrate Judge.

Done this 30th day of January 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE