IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

TIMMY T. HARRIS
(Plaintiff)

v.

STAN GARNER
(Defendant)

RECEIVED
2006 FEB -6  A 10:08
DEBRA
U.S. [
MIDDL

Civil Action No: 1:06-CV-11-F

## PLAINTIFF'S WRITTEN OBJECTION TO MAGISTRATE'S RECOMMENDATION

The Plaintiff wishes to answer the Magistrate's Recommendation In the form by objecting to it in the following order.

The Above Named Defendant Stan Garner Jr was indeed only Appointed to serve as an Advisor and only in that Capacity, he was under no obligation by either Party to Present the said Document to the District Attorney, but he chose to do it because the Investigator of Deputy at the time was not authorized to conduct Investigations (Since the Lawsuit was filed The Deputy was assigned to that position) STAN GARNER JR AND A MAJORITY OF THE COURT APPOINTED ATTORNEY'S HAVE IN ADVERSE WAYS ASSISTED THE FAIRLY NEW DISTRICT ATTORNEY BY HANDING OVER SENSITIVE INFORMATION and Thereby GIVING THE COURT APPOINTED CLIENT WITH NO OTHER ALTERNATIVES BUT TO EITHER PLEA OUT. AN ATTORNEY HAS THE RIGHT TO BE FREE FROM ANY TYPE OF CONTROL, AND Sometimes Choose to hand over sensitive information to one Party NAMELY DISTRICT ATTORNEY RATHER THAN PROPERLY

1

withdrawing himself from case and allowing the Plaintiff a fair chance to Represent himself. Yet the action that the Defendant done has been corrected because the Plaintiff has since recieved a Court Minute sheet stating that the Plaintiff

"IS NO LONGER A CONVICTED FELON"

STAN GARNER INDIRECTLY ACTED IN HIS CAPACITY AS COURT APPOINTED STATUS TO ASSIST THE DISTRICT ATTORNEY which WASN'T DIRECTLY, BUT INDIRECTLY FOR THE SAME CAUSE WITH REASON "UNDER COLOR OF LAW" WHILE BEING NOT DULY UNDER OATH TO DO SO. The Plaintiff hereby objects to same.

II

STAN GARNER ALSO WHILE IN HIS OFFICIAL CAPACITY KNEW THAT THE PLAINTIFF WAS BEING CHARGED WITH AN INCORRECT CHARGE ONE RECIEVING STOLEN PROPERTY First DEGREE. THIS DEFENDANT KNEW THAT PLAINTIFF WAS BEING CHARGED IMPROPERLY AND STATED SO By saying that If I were to "Plea out" the Burglary 3rd charge he would let the Judge know that The Detective's had filed the wrong charge because I was to be correctly charged with Alabama Code Section 13A-8-20 A charge designed for bringing stolen or Reported vehicles

into the State of Alabama. At that Point I told him that I Already knew the Law and that I would not Make any deals because the Detectives knew about the charge and I would preserve the matter at Jury Instruction or Appeal Because I assumed Either the Judge in the Preliminary was in on the Plea Deal or Maybe Just hadn't looked In to the Improper Charge of Recieving Stolen Property 1st Degree, when The evidence (See B,C,D Exhibit's shows that I was the Principle charged In the Theft so I could not be Charged with recieving the Same Automobile.

Therefore I object to Magistrate's Recommendation and Ask that the Case be Processed.

*[signature]*

### Certificate

I hereby Certify on this day that I have forwarded a Copy of the Above to Court Clerk for filing and STAN GARNER RECIEVED the SAME.

Done on This 1st February 2006.