IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| TIMMY T. HARRIS, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 1:06-cv-011-MEF |
| | )           WO |
| W. STANLEY GARNER, JR., | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #7) to the Recommendation of the Magistrate Judge (Doc. #3) filed on February 6, 2006 is OVERRULED;

2. The Recommendation of the Magistrate Judge entered on January 11, 2006 is ADOPTED;

3. The plaintiff's complaint is DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this 15th day of February, 2006.

                                                  /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE