IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| TIMMY T. HARRIS, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | ) CASE NO. 1:06-cv-011-MEF |
| | )        WO |
| W. STANLEY GARNER, JR., | ) |
| | ) |
|    Defendant. | ) |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendant and against the plaintiff and that this action is dismissed with prejudice.

DONE this 15th of February, 2006.

                                                      /s/ Mark E. Fuller
                                              CHIEF UNITED STATES DISTRICT JUDGE